# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **FRANCIS ARNEL RONAS MAROTO** ) <br> ) | **Docket Number: CR 05-0283-06 JSW** |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 9, 2006, _____ be continued until _____ June 1, 2006, _____ at _____ 2:30 p.m. _____ .

Date: FEB 2 4 2006

The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04